No. 74–1291. FRED *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 74–5800. MOODY *v.* UNITED STATES BOARD OF PAROLE. C. A. 5th Cir. Certiorari denied.

No. 74–5890. MAGEE *v.* BRITT, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 74–5909. KIMBLE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 74–5919. SPYCHALA *v.* GUNN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 74–5922. CROSIER *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 74–5925. NORMAN, AKA ANA *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 74–5948. CLARK *v.* RODRIGUEZ, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 74–5955. TURLEY *v.* MISSOURI. Ct. App. Mo., St. Louis District. Certiorari denied.

No. 74–5958. JEFFERY *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 74–5997. TOOTEN *v.* SHEVIN, ATTORNEY GENERAL OF FLORIDA, ET AL. C. A. 5th Cir. Certiorari denied.

No. 74–5998. DINSIO *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 74–6020. TERRELL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.